# RICHARD H. ROSENBERG
### ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

September 7, 2022

Hon. J. Paul Oetken  
United States District Court  
U.S. Courthouse  
40 Foley Square  
New York, New York 10007

Re: United States v. Nunez, et al  
22 Cr. 293 (JPO)

Dear Judge Oetken:

I am the assigned CJA counsel for defendant **Yorkis Chevalier** in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Chevalier. Ms. Kalhous has assisted several S.D.N.Y. counsels, including me, in the past as an associate counsel and, in fact, just this past October Ms. Kalhous served as associate counsel to me in a trial before Judge Preska (United States v. Adelekan, 19 Cr. 291 (LAP)) and her assistance was first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda and preparing for and assisting at trial. She would be an invaluable addition to Mr. Chevalier's defense.

As Your Honor is aware, the discovery in this case is voluminous. Accordingly, should Your Honor be inclined to grant this application it is respectfully requested that Ms. Kalhous be approved at the rate of $110.00 per hour for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

Thank you for your consideration to this request and continued courtesies to counsel.

Granted.  
Clara S. Kalhous, Esq. is hereby appointed as associate counsel for defendant Yorkis Chevalier. So ordered.  
9/13/2022

Respectfully submitted,

Richard H. Rosenberg

_____  
J. PAUL OETKEN  
United States District Judge