# RICHARD H. ROSENBERG
### Attorney at Law

217 Broadway
Suite 707
New York, New York 10007

Tel: 212-586-3838
Fax: 212-962-5037
richrosenberg@msn.com

January 23, 2023

Hon. J. Paul Oetken
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

           Re:    United States v. Nunez, et al
                   22 Cr. 293 (JPO)

Dear Judge Oetken:

      I am the CJA attorney representing **Yorkis Chevalier** in the above-referenced matter. I write to respectfully request permission for me and associate counsel Clara Kalhous to submit interim CJA vouchers for services performed thus far in this case. The granting of this application would assist counsel in the management of their practices.

      Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

Granted.
So ordered.
1/24/2023

_____
J. PAUL OETKEN
United States District Judge