# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

August 3, 2023

Hon. J. Paul Oetken  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, NY 10007

Re: United States v. Nunez et al.  
22-CR-293 (JPO)

Dear Judge Oetken:

I write today on behalf of defendant **Yorkis Chevalier** to request that your Honor authorize Pretrial Services to release Mr. Chevalier's passport to him. Pretrial Services has custody of Mr. Chevalier's passport as it was a condition of pretrial release. Now, after sentencing, I understand that unless we request the return of the passport to Mr. Chevalier it will be sent to the Department of State.

If your Honor grants this request and authorizes Pretrial Services to release Mr. Chevalier's passport, kindly "so order" this letter request.

Thank you for your consideration of this submission and for continued courtesies to counsel.

Respectfully submitted,  
_____/s/_____  
Richard H. Rosenberg, Esq.

Granted.  
Pretrial Services is hereby directed to release custody of Mr. Chevalier's passport and return it to him or his designated representative.  
So ordered.  
8/4/2023

_____  
J. PAUL OETKEN  
United States District Judge